Brian T. Corrigan (State Bar No. 143188)
Stanley C. Morris (State Bar No. 183620)
**CORRIGAN & MORRIS LLP**
201 Santa Monica Blvd., Suite 475
Santa Monica, California 90401-2212
Telephone: (310) 394-2800
Facsimile: (310) 394-2825

Attorneys for Defendant,
ANDRES LEYVA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ANDRES LEYVA<br><br>Defendants. | CASE NO. 09 cv 1565- JLS-NLS<br><br>**DEFENDANT ANDRES LEYVA'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE ANSWER** |

ANDRES LEYVA'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE ANSWER

1

Defendant Andres Leyva moves this Court for an Order granting an extension of time to answer the complaint until 10 days after this Court rules on third-party Qualcomm's motion to seal the answer. In support of its motion, Mr. Leyva states as follows:

1. Defendant anticipated problems arising out of Qualcomm's confidentiality concerns pertaining to the subject matter of this action. Accordingly, 17 days before the answer was due, Mr. Leyva served Qualcomm with his proposed answer on September 4, 2009.

2. On September 16, 2009, Qualcomm served Mr. Leyva's proposed answer on the SEC and sought to seal the proposed answer from the rest of the world.

3. On September 17, 2009, the undersigned counsel sent an email, attached hereto at **Exhibit 1**, to the SEC seeking an extension of time to answer pending the Court's ruling on Qualcomm's motion. The SEC, inexplicably, denied Mr. Leyva's request. See response attached hereto at **Exhibit 1**.

4. Depending on the provisions of this Court's ruling on Qualcomm's motion to seal, Leyva may need to substantially change the text of the draft answer sent to Qualcomm by Mr. Leyva, and forwarded to the SEC by Qualcomm.

WHEREFORE, Defendant Leyva respectfully requests that this Court enter an Order granting Mr. Leyva until 10 days after the Court rules on Qualcomm's motion to seal the answer, to file an answer.

Respectfully Submitted,

Dated: September 21, 2009   **CORRIGAN & MORRIS LLP**

By: _/s/ Stanley C. Morris_
Stanley C. Morris

## Certificate of Service

The undersigned hereby certifies that on this 21st day of September, Defendant Andres Leyva Motion for Extension of Time to File an Answer was filed electronically with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record. Qaulcomm was served by email.

JOHN BULGOZDY, ESQ.
U. S. SECURITIES AND EXCHANGE COMMISSION
5670 WILSHIRE BLVD., 11TH FLOOR
LOS ANGELES, CA  90036
GLYNNG@SEC.GOV

323.965.3908 (FAX)

Nicolas Morgan, Esq.

DLA Piper LLP (US)
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022

(310) 595-3146 T
(310) 595-3446 F
nicolas.morgan@dlapiper.com

ANDRES LEYVA'S EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE ANSWER